

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2022

No. 04-22-00520-CV

**IN RE** Katharine **TAMEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

On August 15, 2022, relator filed a petition for writ of mandamus and a motion for emergency relief. Respondent and real parties in interest may file a response to the motion for emergency relief **no later than August 18, 2022 at 5:00 p.m. CST.**

It is so **ORDERED** on August 18, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI14383, styled *In the Interest of S.E.G., a child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.